STATE v. NICHOLS

No. 92P84.

Case below: 66 N.C. App. 318.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

STATE v. POTTS

No. 639P83.

Case below: 65 N.C. App. 101.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

STATE v. SINCLAIR

No. 285P84.

Case below: 68 N.C. App. 357.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

STATE v. SMITH

No. 105P84.

Case below: 66 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

STATE v. STAFFORD

No. 134P84.

Case below: 66 N.C. App. 440.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.